# APPEAL NO. 25-11008-AA

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**RAZIEL OFER**
*Plaintiff/Appellant*
**v.**
**STEPHEN MILLAN, et. al.,**
*Defendant(s)/Appellee(s)*

_____

**CERTIFICATE OF INTERESTED PERSONS**

**On Appeal from the United States District Court
for the Southern District of Florida**

Raziel Ofer
Email: Raz.Ofer2@gmail.com
Tel. 646-431-7934
c/o 3701 De Garmo
Lane Miami, Florida 33133

<u>CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT</u>

Pursuant to 11th Cir. R. 26.1-2(c),

RAZIEL OFER hereby advises that the Certificate of Interested Persons and Corporate Disclosure Statement required by Rule 26.1-2(a) has not been filed by appellant and the following is a complete list of all persons and entities that the Appellee believes to have an interest in the outcome of the case, as required by 11th Cir. R. 26.1-1:

Altman, Hon. Roy K.

Altonaga, Hon. Cecilia M.

Amsalem, David, Attorney

Beniftah, Joseph

Biden, Joe, President

Bloom, Hon. Beth

Brown, Scott, Attorney

Butchko, Beatrice, Hon.

Coffey, Kendall, Esq.

Damian, Hon. Melissa

Dershowitz, Alan, Appellant's Advisor

Domb, Samuel

Ganz, Tiffany

Gayles, Darrin P., Hon.

Gingrich, Newt

Gonzalez, Juan Antonio

Greenblatt, Johnathan, CEO, Anti-Defamation League

Grieco, Michael, Attorney

Guzman, Carlis, Hon.

Human, Paul Hon.

Hyman, Paul, Hon.

Jung, Hon. William F.

Kalb, Stuart R.

Kasher, Yechiel, Hon,

Kastner, Menachem, Attorney

Lapointe, Markenzy

Leal, Eduardo, Attorney

Liston, David, Attorney

Lott, Johnathan Douglas

Matzkin, Daniel Millan, Hon.

Millan, Stephen, Attorney (Is not a member of the Judiciary)

Mukamal, Barry Stephen, Attorney

Mendez, Robert

Miller, David, Hon.

Myerson Isicoff, Hon. Laurel

Nadais, Maria Paula

Nakash, Joe

Novales, Rob, FBI Special Agent

Ofer, Raziel

Riley, William (IBEW Union Head)

Rodriguez IV, Roniel

Ruiz, Hon. Rodolfo A.

Silver, Scott, Attorney

Sordo, Ceasar

Weidner, Benjamin (Miami Hearald)

Winker, David, Esq.

Young, Ricky

Respectfully,

/s/_____
Raz Ofer
c/o 3701 DeGarmo Lane
Coconut Grove, FL 33133
Raz.ofer2@gmail.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __11__ day of April, 2025, a true and correct copy of the foregoing was served by email on all parties listed below.

/s/ _____
Raziel Ofer
c/o 3701 DeGarmo Lane
Coconut Grove, FL 33133
Raz.ofer2@gmail.com

CERTIFICATE OF COMPLIANCE

THIS MOTION is in compliance with the requirements for type-volume limitations, as stated, in Fed. R. App. P. 32(c)(1) as it applies to motions submitted under Fed. R. App. P. 27(d)(2)(A). This document contains 52 words in its contents.

/s/ _____

Raziel Ofer
c/o 3701 DeGarmo Lane
Coconut Grove, FL 33133
Raz.ofer2@gmail.com