# APPEAL NO. 25-11008-AA

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

**RAZIEL OFER**
*Plaintiff/Appellant*

**v.**

**STEPHEN MILLAN, et. al.,**
*Defendant(s)/Appellee(s)*

_____

**MOTION FOR EXPANSION OF TIME**

**On Appeal from the United States District Court
for the Southern District of Florida**

> Raziel Ofer
> Email: Raz.Ofer2@gmail.com
> Tel. 646-431-7934
> c/o 3701 De Garmo
> Lane Miami, Florida 33133

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1-2(c),

RAZIEL OFER hereby advises that the Certificate of Interested Persons and Corporate Disclosure Statement required by Rule 26.1-2(a) has not been filed by appellant and the following is a complete list of all persons and entities that the Appellee believes to have an interest in the outcome of the case, as required by 11th Cir. R. 26.1-1:

Altman, Hon. Roy K.

Altonaga, Hon. Cecilia M.

Amsalem, David, Attorney

Beniftah, Joseph

Biden, Joe, President

Bloom, Hon. Beth

Brown, Scott, Attorney

Butchko, Beatrice, Hon.

Coffey, Kendall, Esq.

Damian, Hon. Melissa

Dershowitz, Alan, Appellant's Advisor

Domb, Samuel

Ganz, Tiffany

Gayles, Darrin P., Hon.

Gingrich, Newt

Gonzalez, Juan Antonio

Greenblatt, Johnathan, CEO, Anti-Defamation League

Grieco, Michael, Attorney

Guzman, Carlis, Hon.

Human, Paul Hon.

Hyman, Paul, Hon.

Jung, Hon. William F.

Kalb, Stuart R.

Kasher, Yechiel, Hon,

Kastner, Menachem, Attorney

Lapointe, Markenzy

Leal, Eduardo, Attorney

Liston, David, Attorney

Lott, Johnathan Douglas

Matzkin, Daniel Millan, Hon.

Millan, Stephen, Attorney (Is not a member of the Judiciary)

Mukamal, Barry Stephen, Attorney

Mendez, Robert

Miller, David, Hon.

Myerson Isicoff, Hon. Laurel

Nadais, Maria Paula

Nakash, Joe

Novales, Rob, FBI Special Agent

Ofer, Raziel

Riley, William (IBEW Union Head)

Rodriguez IV, Roniel

Ruiz, Hon. Rodolfo A.

Silver, Scott, Attorney

Sordo, Ceasar

Weidner, Benjamin (Miami Hearald)

Winker, David, Esq.

Young, Ricky

## MOTION FOR EXTENSION OF TIME

COMES NOW, Appellant, RAZIEL OFER, to move the Court for an extension of time to file the initial brief on the merits. Appellant has not requested the Court for an extension of time previously and the extension requested in good faith. In order to make sure that the arguments and points of law are laid out to ensure all points and facts are clear for proper consideration by the Court. Appellant seeks and additional 30 days to file the initial brief on the merits.

Respectfully,

/s/_____
Raz Ofer
c/o 3701 DeGarmo Lane
Coconut Grove, FL 33133
Raz.ofer2@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _2_ day of May, 2025, a true and correct copy of the foregoing was served by email on all parties listed below.

/s/ _____
Raziel Ofer
c/o 3701 DeGarmo Lane
Coconut Grove, FL 33133
Raz.ofer2@gmail.com

## CERTIFICATE OF COMPLIANCE

THIS MOTION is in compliance with the requirements for type-volume limitations, as stated, in Fed. R. App. P. 32(c)(1) as it applies to motions submitted under Fed. R. App. P. 27(d)(2)(A). This document contains 52 words in its contents.

/s/ _____
Raziel Ofer
c/o 3701 DeGarmo Lane
Coconut Grove, FL 33133
Raz.ofer2@gmail.com